# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-00364-JMC | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | | Job: 8471216 |
|---|---|---|---|
| Plaintiff / Petitioner: RITA TESSU, individually, and on behalf of all others similarly situated | | Defendant / Respondent: ADAPTHEALTH, LLC d/b/a AMERICA'S HEALTHCARE AT HOME | |
| Received by: HR Office Solutions Inc | | For: Butsch Roberts & Associates LLC | |
| To be served upon: ADAPTHEATH, LLC d/b/a AMERICA'S HEALTHCARE AT HOME, United Corporate Services, Inc. | | | |

I, Phillip Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ADAPTHEATH, LLC d/b/a AMERICA'S HEALTHCARE AT HOME, United Corporate Services, Inc., 874 Walker Road, Suite C, Dover, DE 19904
**Manner of Service:** Registered Agent, Feb 28, 2023, 12:50 pm EST Given to Kristin McGowan
**Documents:** SUMMONS, CIVIL COVER SHEET, JURY TRIAL DEMANDED

**Additional Comments:**
1) Successful Attempt: Feb 28, 2023, 12:50 pm EST at 874 Walker Road, Suite C received by Kristin McGowan: 64; Ethnicity: Caucasian; Gender: Female; Weight: 220lbs; Height: 5'9"; Hair: Black

_Phillip Johnson_     03/1/2023
Phillip Johnson     Date

HR Office Solutions Inc
49 Representative Ln
Dover, DE 19904
646-773-3369

Subscribed and sworn to before me by the affiant who is personally known to me.

_Deidra Smith_
Notary Public
3-1-2023
Date     Commission Expires

