IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITA TESSU, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH, LLC d/b/a AMERICA'S HEALTHCARE AT HOME,<br><br>Defendant. | Case No. 1:23-cv-00364-SAG<br><br>Hon. Stephanie A. Gallagher |

## DEFENDANT'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 105, Defendant AdaptHealth, LLC d/b/a America's Healthcare at Home ("AdaptHealth"), by and through its undersigned counsel, hereby submits this Motion to Dismiss Count I of Plaintiff Rita Tessu's Class Action Complaint for failure to state a claim. In compliance with Local Rule 105, AdaptHealth accompanies this Motion with a Memorandum of Law setting forth the basis and authorities in support of the Motion.

Dated: April 20, 2023

By: */s/ Brian D. Koosed*
Brian D. Koosed
K&L GATES LLP
1601 K Street, NW
Washington, DC  20006
Phone:  (202) 778-9000
Fax:     (202) 778-9100
Brian.koosed@klgates.com

Joseph C. Wylie II  (*pro hac vice* motion forthcoming)
Nicole C. Mueller  (*pro hac vice* motion forthcoming)
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602

1

315106062.1

Phone: (312) 372-1121
Joseph.Wylie@klgates.com
Nicole.Mueller@klgates.com

*Attorneys for Defendant AdaptHealth LLC d/b/a America's Healthcare at Home*

315106062.1