IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITA TESSU, individually, and on behalf of all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>ADAPTHEALTH, LLC d/b/a AMERICA'S HEALTHCARE AT HOME,</br></br>Defendant. | Case No. 1:23-cv-00364-SAG |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Rita Tessu, by and through her undersigned counsel, and pursuant to Rule 41 of Federal Rules of Civil Procedure and hereby dismisses all individual claims in Plaintiff's Class Action Complaint with prejudice, with any potential claims of the putative class members being dismissed without prejudice and with each party to bear its own costs and expenses.

Respectfully submitted,

**BUTSCH ROBERTS & ASSOCIATES LLC**

/s/ Christopher E. Roberts
Christopher E. Roberts (admitted pro hac)
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Butsch@ButschRoberts.com
Roberts@ButschRoberts.com

*Attorneys for Plaintiff*

**K&L GATES LLP**

/s/ Joseph C. Wylie
Meghan E. Flinn, Bar No. 20243
1601 K Street, NW
Washington, D.C. 20006
Email: meghan.flinn@klgates.com
Phone: (202) 778-9458
Fax: (202) 778-9100

        Nicole C. Mueller (pro hac vice)
        Joseph C. Wylie (pro hac vice)
        70 W. Madison St., Suite 3100,
        Chicago, IL 60602
        Email: nicole.mueller@klgates.com
        Email: joseph.wylie@klgates.com
        Phone: (312) 372-1121
        Fax: (312) 827-8000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

        *s/ Christopher E. Roberts*